**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN ANDREW GRIMALDO,<br>Plaintiff,<br>v.<br>DEPUTY CAMERON KNOX, ET AL.,<br>Defendants. | Case No. 2:26-cv-02299-JFW-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

IT IS ORDERED that: (1) Plaintiff's Fifth Claim for relief for municipal liability under Monell against Defendant County of Ventura is DISMISSED WITHOUT LEAVE TO AMEND; (2) Defendant County of Ventura is DISMISSED WITH PREJUDICE from this action; and (3) this action shall PROCEED on Plaintiff's First, Second, Third, and Fourth Claims for relief against Defendants Cameron Knox, Jeff Oswald, Officer Doe 1, Officer Doe 2, and Does 3 through 10, as alleged in the Second Amended Complaint.

DATED: September 15, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE