AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

FILED
CLERK, U.S. DISTRICT COURT
10/15/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: nth DEPUTY

Adrian Andrew Grimaldo
*Plaintiff(s)*

v.

Deputy Cameron Knox (BADGE# 5064)
See attached
*Defendant(s)*

Civil Action No. 2:26-cv-02299-JFW-AJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Deputy Cameron Knox (BADGE# 5064)
℅ Ventura County Sheriffs Office
800 S. Victoria Avenue
Ventura CA 93009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adrian Andrew Grimaldo
Plaintiff in Pro Per
427 3rd Street
Fillmore CA 93015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*