FILED
CLERK, U.S. DISTRICT COURT
11/3/2026
CENTRAL DISTRICT OF CALIFORNIA
BY nth DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-02299-JFW-AJR (C.D. Cal.)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Deputy Cameron Knox Badge No. 5064

was received by me on *(date)* 11/3/26 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Delived in person at workplace and mailed

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/3/26

Guadalupe B. Grimaldo
*Server's signature* non-party

Guadalupe B. Grimaldo
*Printed name and title*

427 Third St Fillmore CA. 93015
*Server's address*

Additional information regarding ~~attempted~~ service, etc: On 11/3/26 approximately 11:37 A.M. Sherri DeBenning (Management Assistant III Support Services) accepted Summons and Second Amended Complaint at Ventura Sheriffs' Office, 800 S. Victoria Avenue, Ventura CA. 93009 for Deputy Cameron Knox. Today mailed on 11/3/26 by Certified mail copy of Summons and Second Amended Complaint to Deputy Knox, Ventura Sheriffs' office, 800 S. Victoria Avenue, Ventura CA. 93009 (USPS Tracking No. 7022 1670000185675438)

UNITED STATES POSTAL SERVICE.

FILLMORE
333 CENTRAL AVE
FILLMORE, CA 93015-9998
www.usps.com

11/03/2026 01:16 PM

TRACKING NUMBERS
70221670000185675438

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® Large Envelope<br>Ventura, CA 93009<br>Weight: 0 lb 4.00 oz<br>Estimated Delivery Date<br>Thu 11/05/2026 | 1 | | $2.56 |
| Certified Mail®<br>Tracking #:<br>70221670000185675438 | | | $5.55 |
| Total | | | $8.11 |

Grand Total: $8.11

Debit Card Remit $8.11
Card Name: MasterCard
Account #: XXXXXXXXXXXX7972
Approval #: 003527
Transaction #: 198
Receipt #: 030361
Debit Card Purchase: $8.11
AID: A0000000042203 Chip
AL: US Debit
PIN: Verified

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 052694-0089
Receipt #: 840-59130085-2-4585535-2
Clerk: 17

7022 1670 0001 8567 5438

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Ventura, CA 93009

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0089 17 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.56 | 11/03/2026 |
| **Total Postage and Fees** $ $8.11 | |

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

**PS Form 3800, April 2015** PSN 7530-02-000-9047 **See Reverse for Instructions**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

FILED
CLERK, U.S. DISTRICT COURT
10/09/2026
CENTRAL DISTRICT OF CALIFORNIA
BY LK DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Adrian Andrew Grimaldo
*Plaintiff(s)*

v.

Civil Action No. 2:26-cv-02299-JFW-AJR

Deputy Cameron Knox
*Defendant(s)* (BADGE # 5064)
see attached

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Deputy Cameron Knox (BADGE # 5064)
c/o Ventura County Sheriffs Office
800 S. Victoria Avenue
Ventura CA 93009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adrian Andrew Grimaldo
Plaintiff in Pro Per
427 3rd Street
Fillmore CA, 93015

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 2, 2026

/s/ Nicholas Huynh
*Signature of Clerk or Deputy Clerk*